Michael E. Piston
Attorney for Plaintiff
111 Broadway,
Suite 1304
New York, NY, 10006
Ph: 646-845-9895
Fax: 206-770-6350
Email: michaelpiston4@gmail.com

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FARHAD BAYAN,**<br>6735A 186th Lane, Apt 2A,<br>Fresh Meadows, NY 11365<br><br>Plaintiff,<br><br>    vs.<br><br>**RAND WEEKS**, Acting Secretary Department of Homeland Security,<br>Washington, DC  20528<br>(202) 282-8000<br><br>**ALEJANDRO N. MAYORKAS**,<br>Director of the United States Citizenship and Immigration Services,<br>20 Massachusetts Avenue, NW<br>Washington, DC 20529<br>(202) 272-1000<br><br>**PATRICIA MENGES**, Director of the United States Citizenship and Immigration Services' New York Asylum Office,<br>1 Cross Island Plaza<br>Rosedale, NY 11422<br><br>    Defendants. | Case No.:<br><br>COMPLAINT |

1

COMPLAINT

DESCRIPTION OF ACTION

1. This complaint is brought by plaintiff, FARHAD BAYAN, A205628711, against the defendants to compel a decision on his application for asylum, which has been pending with the New York Asylum Office of the United States Citizenship and Immigration Services since November 7, 2012.

JURISDICTION

2. This being a civil action against the United States arising under the Immigration and Nationality Act, 8 U.S.C. § 1101 et. seq., the Mandamus Act, 28 U.S.C. § 1361, and the Administrative Procedure Act, 5 U.S.C. § 701 et seq., all laws of the United States, original jurisdiction over this matter is vested in this Court by 28 U.S.C. § 1331.

DESCRIPTION OF PARTIES

3. The plaintiff, FARHAD BAYAN, is a citizen of Afghanistan, residing at 6735A 186th Lane, Apt 2A, Fresh Meadows, NY 11365.

4. The defendant, RAND WEEKS, is the Acting Secretary of the Department of Homeland Security, and as such has the authority to adjudicate applications for asylum. He resides for official purposes in the District of Columbia.

5. The defendant, ALEJANDRO N. MAYORKAS, is the Director of the United States Citizenship and Immigration Services (the "USCIS"), the agency within the Department of Homeland Security which adjudicates applications for asylum. He resides for official purposes in the District of Columbia.

6. The defendant, PATRICIA MENGES, is the Director of the New York Asylum Office of the United States Citizenship and Immigration Services, where plaintiff's application for asylum is currently pending. She resides for official purposes within the Eastern Judicial District of the State of New York.

## BRIEF STATEMENT OF RELEVANT FACTS

7. On November 7, 2012, Farhad Bayan filed a Form I-589, Application for Asylum and Withholding of Removal (hereafter: "application for asylum") with the United States Citizenship and Immigration Services.

10. On December 13, 2012, Farhad Bayan appeared at an interview on his application for asylum at the USCIS's New York Asylum Office at 1 Cross Island Plaza, Merrick & Brookville Blvd, Rosedale NY 11422.

11. Despite repeated inquiries by him and his counsel, no further action has been taken on this application.

12. 8 U.S.C. § 1158(d)(5)(A)(iii) provides that " in the absence of exceptional circumstances, final administrative adjudication of the asylum application, not including administrative appeal, shall be completed within 180 days after the date an application is filed;"

13. The defendants have at no time informed Farhad Bayan of any exceptional circumstances delaying a decision in his case.

## COUNT I

16. Defendant RAND WEEKS, Acting Secretary of Homeland Security, Defendant ALEJANDRO N. MAYORKAS, Director of the United States Citizenship and Immigration Services, and PATRICIA MENGES, Director of the United States Citizenship and Immigration Services' New York Asylum Office, are each and all officers or employees of the United States Department of Homeland Security.

17. Defendant RAND WEEKS, Acting Secretary of Homeland Security, Defendant ALEJANDRO N. MAYORKAS, Director of the United States Citizenship and Immigration Services, and Defendant PATRICIA MENGES, Director of the United States Citizenship and Immigration Services' New York Asylum Office, each and all owe a duty to the Plaintiff under 8 U.S.C. § 1158(d)(5)(A)(iii) to adjudicate his application for asylum within 180 days of the date of filing.

18. Defendant RAND WEEKS, Acting Secretary of Homeland Security, Defendant ALEJANDRO N. MAYORKAS, Director of the United States Citizenship and Immigration Services, and Defendant PATRICIA MENGES, Director of the United States Citizenship and Immigration Services' New York Asylum Office, each and all owe a duty to the Plaintiff to adjudicate his application for asylum within a reasonable time. 5 U.S.C. § 555(b) ("With due regard for the convenience and necessity of the parties or their representatives and within a reasonable time, each agency shall proceed to conclude a matter presented to it.").

18.  The time in which plaintiff's application for asylum has been pending with Defendant RAND WEEKS, Acting Secretary of Homeland Security, Defendant ALEJANDRO N. MAYORKAS, Director of the United States Citizenship and Immigration Services, and Defendant PATRICIA MENGES,

Director of the United States Citizenship and Immigration Services' New York Asylum Office, is well beyond 180 days.

19.  The time in which plaintiff's application for asylum has been pending with Defendant RAND WEEKS, Acting Secretary of Homeland Security, Defendant, ALEJANDRO N. MAYORKAS, Director of the United States Citizenship and Immigration Services, and Defendant PATRICIA MENGES, Director of the United States Citizenship and Immigration Services' New York Asylum Office, is well beyond the period of time which these officers or employees or their predecessors reasonably require to adjudicate it.

19. This Court has authority under 28 U.S.C. § 1361 to compel an officer or employee of the United States to perform a duty owed to the Plaintiff.

19. This Court also has authority under 5 U.S.C. § 706(1) to compel agency action unlawfully withheld or unreasonably delayed.

## RELIEF REQUESTED

WHEREFORE it is respectfully requested that the Court compel Defendant RAND WEEKS, Acting Secretary of Homeland Security, Defendant ALEJANDRO  N. MAYORKAS,  Director of the United States Citizenship and Immigration Services, and Defendant PATRICIA MENGES, the Director of the United States Citizenship and Immigration Services' New York Asylum Office, to

adjudicate the Plaintiff's application for asylum in no more than 30 days from the date of the Court's order, and to take such other action as it deems appropriate.

Dated this   4th day of October, 2013

_____
s/Michael E. Piston
Michael E. Piston (MI 002)
Attorney for Plaintiff
111 Broadway,
Suite 1304
New York, NY, 10006
Ph: 646-845-9895
Fax: 206-770-6350
Email: michaelpiston4@gmail.com